UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROME HARRIS and
RHONDA DEVOISE,

    Plaintiffs,                                                Case No. 20-cv-12512
                                                                     Hon. Matthew F. Leitman

v.

STATE FIRM FIRE & CASUALTY
INSURANCE COMPANY,

    Defendants.
_____/

## ORDER (1) GRANTING DEFENDANT'S MOTION FOR A CONTEMPT HEARING (ECF No. 19) AND (2) REFERRING ACTION TO MAGISTRATE JUDGE FOR PURPOSES OF CONDUCTING A SETTLEMENT CONFERENCE

On December 7, 2021, Defendant State Farm Fire & Casualty Insurance Company filed a motion in which it requested that the Court hold a contempt hearing with respect to non-party witness Pamela Tunstull. (*See* Mot., ECF No. 19.) The Court held an on-the-record video status conference with counsel for all parties to discuss the motion on January 27, 2022. For the reasons explained on the record during the status conference, the motion is **GRANTED**. The Court will convene a contempt hearing if the necessary following the parties' settlement conference.

This action is now **REFERRED** to Magistrate Judge Anthony P. Patti for the purposes of conducting a settlement conference.

If the parties are unable to settle this dispute at the settlement conference, the Court will hold a status conference with counsel to discuss (1) the scheduling of the contempt hearing and (2) a schedule to complete the remaining discovery in this action.

**IT IS SO ORDERED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: January 27, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 27, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126